IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____EASTERN_____ DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 APR 14 PM 3: 34
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

CAROL GIVENS
_____
(Enter Above the Name of the Plaintiff in this Action)

2:23 CV 1 3 3 0

vs.

JOHN LONGWELL, VILLAGE OF SHADYSIDE, et al
_____
(Enter above the name of the Defendant in this Action)

JUDGE    WATSON
MAGISTRATE JUDGE    VASCURA

If there are additional Defendants, please list them:
JUDGE JOHN VAVRA
ROBERT NEWHART, MAYOR
BELMONT COUNTY SHERIFF/PROPERTY DEED CLERK
BELMONT COUNTY AUDITOR
AMY BUSIC, MAGISTRATE
CLYDE YATES, JR.
GREG P. GIVENS
JOHN D. LONGWELL
JOHN DOE I and JANE DOE I

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

CAROL L. GIVENS
_____
Name - Full Name Please - PRINT

410 RIVER GROVE CT.
_____
Street Address

MERRITT ISLAND, FL  32953
_____
City, State and Zip Code

(740)421-0941   or   (740) 312-2736
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. JOHN LONGWELL
   Name - Full Name Please

   3333 HART STREET, SHADYSIDE, OH 43947
   Address: Street, City, State and Zip Code

2. VILLAGE OF SHADYSIDE, OHIO
   50 EAST THIRTY NINTH STREET
   SHADYSIDE, OH 43947

3. JOHN VAVRA, JUDGE (Individual and official capacity)
   101 WEST MAIN STREET
   SAINT CLAIRSVILE, OH 43950

4. ROBERT NEWHART, MAYOR (Individual and official capacity)
   50 EAST THIRTY NINTH STREET
   SHADYSIDE, OH 43947

5. BELMONT COUNTY SHERIFF/PROPERTY DEED CLERK (Individual and official capacity)
   68137 HAMMOND RD.
   SAINT CLAIRSVILLE, OH 43950

6. BELMONT COUNTY AUDITOR (Individual and official capacity)
   101 WEST MAIN STREET
   SAINT CLAIRSVILLE, OH 43950    { SEE ADDITIONAL DEFENDANTS / ATTACHED LIST}

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title  18  United States Code, Section  241, 242, 245, 249
   [Other federal status giving the court subject matter jurisdiction.]    Federal Banking Act

   U.S.C. sections 16 U.S.C. ch. 1A, subch. II; §470; 16 U.S.C. §§1-7810; 60 Stat. 915;
   Public law: 89-665;
   National Historic Preservation Act;

   42 U.S.C. 1983

-2-

ATTACHED SHEET ~ COMPLAINT

ADDITIONAL DEFENDANTS

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

7. MAGISTRATE AMY BUSIC  (PERSONAL AND OFFICIAL CAPACITY)

101 WEST MAIN STREET

SAINT CLAIRSVILLE, OH 43950


8. CLYDE YATES, JR.

3743 HIGHLAND AVENUE

SHADYSIDE, OH 43947


9. GREG P. GIVENS

P.O. BOX 117

BELLAIRE, OH 43906


10. JOHN D. LONGWELL

901 WARWOOD AVENUE

WHEELING, WV 26003


11. JOHN DOE I and JANE DOE I

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Plaintiff, CAROL GIVENS ("GIVENS"), alleges:

Plaintiff, GIVENS had a quiet and unassuming lifestyle for years in the town of Shadyside, Ohio. Because Plaintiff elected to run for public office in her own home town for the people, the Defendant(s) ran into direct conflict with Givens from the existing administration of more than thirty years, causing trouble for Givens whenever she ventured into town.
Each Defendant bore Givens a degree of ill-will. With the Defendant(s) secretly eyeing GIVENS money and property for their own selfish ends;

Defendant(s) have deprived GIVENS of her home, property, possessions, to drive her from 3735 Highland Avenue, Shadyside, Ohio, and the village of Shadyside, Ohio, under acts of discrimination, and singling out the GIVENS name for hate crimes; and prevent Plaintiff from Federally-protected activities and rights;

As to All CAUSES OF ACTION:
Defendant(s) acted under color of law, willfully, and by doing so, have deprived Plaintiff GIVENS of rights under the Constitution or federal law or subjected GIVENS to different treatment/punishments on account of her protected class under Federal law;

{ PLEASE SEE FURTHER SECTION III. STATEMENT OF CLAIMS (ATTACHED)

Plaintiff asserts any/all State Law Claims.

{ CONTINUED ON THE FOLLOWING PAGES }

-3-

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROL GIVENS v. JOHN LONGWELL, et al.

## III. STATEMENT OF CLAIM (continued)

TAKE NOTICE TO ALL PARTIES: Plaintiff hereby references in all actions, or omission, Defendants as: JOHN LONGWELL, VILLAGE OF SHADYSIDE ("SHADYSIDE"), JUDGE JOHN VAVRA, ("VAVRA"), ROBERT NEWHART, MAYOR ("NEWHART"), BELMONT COUNTY SHERIFF/PROPERTY DEED CLERK ('SHERIFF'), BELMONT COUNTY AUDITOR ('AUDITOR'), AMY BUSIC, MAGISTRATE (BUSIC), CLYDE YATES, JR. ("YATES"), GREG P. GIVENS, JOHN D. LONGWELL ("LONGWELL"), JOHN DOE I and JANE DOE I, all remaining participants, Defendant(s) of record:

## CAUSE OF ACTION
## CLAIM I --
### POSSESSORY RIGHTS TO PROPERTY, POSSESIONS, AND COMPANION PETS

1. Plaintiff is a long-standing stakeholder as referenced and incorporated therein 3735 Highland Avenue, Shadyside, with indemnity on the properties, in Belmont County, Ohio, known as: Parcel No. 17-00607.000, also known for street purposes as: (3735 Highland Avenue, Shadyside, Ohio 43947) Plaintiff holds entitlement to the property. Defendant John Longwell and Greg Givens both allege claim(s) to ownership/proceeds based on statutory grounds. , with Defendant AUDITOR, and Belmont County, Ohio, and Parcel No. 17-00270.000, also known for street purposes as: 3743 1/2 Highland Avenue, Shadyside, Ohio 43947, and Parcel No.17-00271.000 (Garage attachment) Plaintiff holds entitlement to the property by contract. Defendant Clyde Yates, Jr. and Greg Givens both allege claim(s) to ownership/proceeds based on conservatorship, with Plaintiff, as stakeholder in indemnity, AND offer and agreement to secure said property/properties. AUDTIOR, SHERIFF, have conspired, or acting along with LONGWELL, NEWHART, VILLAGE, to ALLOW a "swindle" against Plaintiff from out of her possessory rights to said properties.

2. Having complied with all other conditions and precedents to Defendant's YATES and GREG P. GIVENS, LONGWELL performance by payment, contract, and/or indemnity tendered performance of her obligations under contract to obtain said properties. Plaintiff holds entitlment to the property. Defendant John Longwell and Greg Givens both allege claim(s) to ownership/proceeds based on statutory grounds. AND an "assault" on her person, property, pets and possessions began.

## CLAIM II. — FRAUD

3. Using a sham legal process, Plaintiff asserts Defendant(s) are: WHEREFORE: Plaintiff GIVENS, asserts the claim that, Defendant(s) are engaging in fraudulent activity and false claims, in violation of the Ohio Statute depriving Defendant CAROL GIVENS, of the right to petition the government, and such other deprivation of all Rights, goods, and services guaranteed under state rights and Constitution, under law, and in interstate commerce, and as a citizen, as on all dates and incidents alleged by Plaintiff. Defendant(s) have cause the abuse of process in all possessory rights and conservatorship of the Plaintiff entitled to her and her rights under pretense of fraud, and have not followed statutory law, Rule -23 of the Local Rule for the Court of Common Pleas referencing said property/properties, and in the performance of their duties, under color of law to the injury of the Plaintiff .

4. Defendant(s) all have at all times, cited herein, and throughout Plaintiff's Exhibit(s), have used a continuing sham legal process and knowledge and foreknowledge to swindle Plaintiff's property and possessions, and beloved companion pets;

5. Plaintiff incorporates, by reference Paragraphs 1 – 5;

## CAUSE OF ACTION III ~ ABUSE OF PROCESS

6. Defendant(s) VAVRA, BUSIC, have violated the Fourteenth Amendment to the United States Constitution by setting up procedural "traps" for Plaintiff to fail, in order to deprive Plaintiff of her right to petition the government for redress of her grievance, and in favor of the remaining Defendant(s).

7. On April 13, 2022, and before, Defendant VAVRA, BUSIC has deprived Plaintiff of her right of equal protection to Notarized Documents, which VAVRA, BUSIC requires of the legal process of EVERY DOCUMENT, but DOES NOT require of other litigants to do the same. Further, VAVRA, BUSIC has set up a scheme, outside his authority as a judge, to have the Plaintiff

FEDERAL COMPLAINT - 2

to fail in the Judge's requirements for pleading, and be deliberately and purposefully deprived of her right to Notary and petition, and to conduct business in a Federally-insured and regulated bank, to the exclusion of others in violation of Plaintiff's right to equal access to Federally-protected activities, and Federally-protected consumer banking rights in that deprivation.

8. Plaintiff incorporates, by reference Paragraphs 1 – 7;

1. **INTEGRITY AND THE APPEARANCE OF IMPROPRIETY.**

    **Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC, BUSIC in this case, and in his personal relationship with Attorney Joseph VAVRA, BUSIC, with a personal stake in the outcome of Belmont County Court, Case No. 23-CR-B-00012-E against Affiant in Case No. 23-CV-0077, and Affiant's family, the Givens' prosecution, and is allowing His Honor's private interest to convey his judicial influence against Affiant's son, appellant, Greg Givens, and to discourage trial and because of or to pursue any appeals in that case;**

2. **FOREKNOWLEDGE OF EVENTS, FACTS AND CIRCUMSTANCES.**

    **Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC in the aforesaid matters, who has foreknowledge of the events, facts and circumstances of Case No. 23-CV-0077, and that personal knowledge of the "sale", or lack of sale, not disclosed in records concerning the Affiant's home of 3735 Highland Avenue, Shadyside, OH 43947, that is NOT OTHERWISE A MATTER OF PUBLIC RECORD, and has no way of knowing without prior knowledge, and personal effect and knowledge and influence of the defendant John Longwell in Case Nos. 22-CV-0206, 22-CV-0207, 22-CV-0208, 22-CV-0241, 22-CV-0242, 22-CV-0243, and Judge VAVRA/BUSIC stands to be called as a material witness in Case No. 23-CV-0077, with personal knowledge of disputed evidentiary facts in Belmont County, Common Pleas, concerning the proceedings in Case No. 22-CV-0077;**

3. **PERFORMANCE OF THE DUTIES OF INTEGRITY AND IMPARTIALITY**

FEDERAL COMPLAINT - 3

**Affiant alleges personal bias or prejudice against Judge VAVRA/BUSIC, who, in the aforesaid matters, has allowed his family, social, political, or other relationships to influence the judge's judicial conduct or judgment over the political parties in Belmont County Common Pleas, Case No. 22-CV-0077, and defendant(s) Kevin Flanagan, and Brent Clyburn, with foreknowledge of the events, facts and circumstances that require Judge John A. Vavra to be called as a material witness in Case No. 23-CV-0077; and to matters of criminal processes alleged in Case No. 23-CV-0077;**

4. **INFLUENCE UPON POOL OF OTHER CASES.**

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC who dresses down a seventy-five (75) year old woman, Affiant, in violation of the Ohio Code of Judicial Conduct; and utilizes his influence to actively discourage Affiant from filing pleadings, appeals, and petitioning of the courts, and burdens Affiant in the Belmont County Court, against the First Amendment and rights of the Affiant, and the Givens household; and requiring extraordinary Rules be placed upon Affiant, and her Givens family so as to discourage petitioning, appealing, or pleading in Belmont County Common Pleas, Case Nos. Case 22-CV-0316, 22-CV-0332, 22-CV-0331, 22-TF-0004, 22-CV-0206, 22-CV-0207, 22-CV-0208, 22-CV-0241, 22-CV-0242, 22-CV-0243, 19-DR-0223, 19-DR-is0205, 22-DR-0206, 22-DR-0207, 22-DjR-0208; Also, which gives no sense of random selection of cases by the SAME JUDGE in all differing cases, and is in all matter of hearing and testimonies on April 3, 2023 before Case No. 23-CV-0077, and in matters of His Honor's influence, and as a material eye-witness in Case No. 22-CV-0077 as to all matters pertaining therein;**

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC that renders decisions that fundamentally change the course of the facts to suit the Judge Vavra's personal interests, contrary to any facts of law laid out for such determination, especially relevant events and family matters that are drilled in favor of the geopolitical outcomes of election in Shadyside, Ohio, and in favor defendant John Longwell, who boasts of His Honor's judicial influence in the outcomes against Affiant, the Givens family, and against her son, Greg Givens, and has made claims on record that materially tip the scales in favor of a defendant, John D. Longwell, made against**

FEDERAL COMPLAINT - 4

**Affiant, in circumstances involving Case Nos. 22-CV-0206, 22-CV-0207, 22-CV-0208, 22-CV-0241, 22-CV-0242, 22-CV-0243.** *Sic passim.*
**And in matters concerning Affiant and her possessories, not on public record;**

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC who renders decisions that fundamentally change the facts to suit Judge VAVRA, BUSIC's personal views, contrary to any facts and law laid out for such determination, that are not on public record. And attributes affluential persons, representatives of Belmont county, and Shadyside Village officials in his work with the Court that biases, prejudices, disqualifies and advances claims of interest not of public justice, as referenced below; (under Ohio R.C. §2701.03; OHIO SUPREME COURT RULES OF PRACTICE, Section §21); as is personally involved with discussing the facts, events, and circumstances with affluent persons and political powers of gain and authority against Affiant, namely in favor of defendants/respondent(s) in all relevant cases aforementioned hereon;**

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC who holds vested interest in the negative outcome recently against Affiant in Ohio Supreme Court Case No. 2023-0384, because of dereliction to the Code of Professional and Judicial Responsibili9ty, and its pending Complaint of Affiant affluent influencers known of Judge VAVRA, BUSIC, individually has an economic interest in the subject matter in controversy or in a party to the proceeding or has any other more than de minimis interest that could be substantially affected by the proceeding; or Is known by the judge to have an economic interest that could be substantially affected by the proceeding(s);**

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC who is, in course, is actively affecting the outcome of where Affiant lives, as well as "bullying" tactics and bar interrogation always in the favor of the defendant, and especially affluent, John D. Longwell, in Belmont County Court, Common Pleas, Case Nos. 22-CV-0316, 22-CV-0331, 22-CV-0332, 22-CV-0206, 22-CV-0207, 22-CV-0208, 22-CV-0241, 22-CV-0242, 22-CV-0243, and the Belmont county political processes he represents in the Village of Shadyside, Ohio, and the County of Belmont, against Affiant, and her son, Greg Givens who has an active campaign for Mayor, and the deprivation of rights, that . Is known by the judge to have an economic interest that**

FEDERAL COMPLAINT - 5

could be substantially affected by the proceeding, and is subject to be called as a material eye-witness to the events in Belmont county, Case No. 23-CV-0077;

5. **RESPECT AND COMPLIANCE WITH THE LAW.**

Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC who has the duty to report crimes committed against Affiant, and has prior knowledge of events, facts, and circumstances affecting the outcome of Case No. 22-CV0077, and all other affected case(s) thereon;

6. **OUTSIDE POLITICAL ACTIVITY THAT IS INAPPROPRIATE FOR JUDICIAL INTEGRITY.**

Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC, who holds a vested, or substantial political relationship with JOHN LONGWELL, NEWHART, VILLAGE, and remaining Defendant(s), and under the guidelines of the Ohio Supreme Court for Municipal Courts, of the Village of Shadyside, Ohio, and Common Pleas Court, in the outcome, and active campaigns of Affiant, and her son, Greg Givens in the Belmont County recall/election, and political rival, and may be called as a material witness in such matters at law, conveying a special relationship, directly affecting the political address and location of Affiant for public office in Belmont County, Shadyside, and has political presence, campaigning, and politicking motivation toward the prejudice (in favor of Affiant's political opponent(s), on the same ballot as Affiant serves to influence the outcome of the aforementioned case against Affiant. Parties and defendants in above-reference cases have conveyed the impression that they are in a special position to influence Judge VAVRA, BUSIC, against Affiant, her home, and residence, Affiant's Givens family, and son Greg Givens. and as the political address and location of Affiant of complaint for public office in Belmont Count, Shadyside, and has political presence, campaigning, and politicking motivation toward the prejudice (in favor of Affiant's political opponent(s), on the same ballot as Affiant serves to influence the outcome of the aforementioned case against Affiant, and on the date/times as referenced therein, and other inappropriate activity affecting the outcomes of the above-referenced case(s);

FEDERAL COMPLAINT - 6

7. **INFLUENCE UPON JURY POOL, ELECTORS.**

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC, which stands to influence the potential outcome of the electoral process, in the swearing in of Candidate/Affiant Carol L. Givens, in a recall of the election, and others;** *Ibid.*

**Affiant alleges personal bias or prejudice against Judge VAVRA, BUSIC, in the above-referenced case(s) who has not avoided Impropriety or the appearance of Impropriety in all of the Judge's Activities, and positions of Influence. Judge VAVRA, BUSIC has allowed family, social, political, or other relationships to influence the judge's judicial conduct or judgment. Judge VAVRA, BUSIC, has lent the prestige of judicial office to advance the private interests of the judge or others and conveyed the impression that they are in a special position to influence the judge, and must be called as a material witness in Belmont County Court, Case No. 23-CV-0077;**

8. Defendant(s) have cause Plaintiff to suffer injury as a result of such acts/omissions.

9. Plaintiff incorporates, by reference Paragraphs 1 – 8;

## CLAIM III. — DEPRIVATION OF PROTECTED ACTIVITIES; CONSTITUTIONAL AND STATE'S RIGHTS VIOLATIONS.

10. Plaintiff(s) are asserting **DEPRIVATION OF FEDERAL RIGHT** to further assert detention or arrest, under color of law, civil or criminal punishment, and alleged 'charges" on Defendant, GIVENS for seeking counsel, appeal, and appellate rights for filing an appeal in Belmont County Civil Case No. , 21 TR-004 (Seventh District Court of Appeals, initiated by the Plaintiff(s), depriving Plaintiff GIVENS, of her federally protected right to report fraud , or crime to the police, restrict her First, Fourth, Nineth Amendment movements, and restrict her from petition to the government for "any reason", from an admittedly-staged 'set-up' charge of 'vehicle violations' and retaliation against the Defendant, alleged during her federally-protected activities and campaign for Council of the Village of Shadyside, Ohio.

FEDERAL COMPLAINT - 7

11. Plaintiff incorporates, by reference Paragraphs 1 – 8;

### CLAIM IV. — MALICIOUS PROSECUTION; RETALIATION

12. WHEREFORE, Plaintiff GIVENS, asserts the claim that, Defendant(s) are engaging in illegal activity, in RETALIATION, and in violation of the Ohio Statute, depriving Defendant GIVENS, of the right to her profession, and government administration to forever, and all time, during federally-protected activities of the Plaintiff, under color of law, and to deprive Plaintiff her inalienable rights, and to the permanent damage, reputation and injury of the Plaintiff GIVENS, and at all times references, paragraph(s) One through End of (1-END) of Plaintiff's Claim(s); Damages and all inclusive, and each a every claim(s) alleged in Plaintiff(s) Complaint, as if fully set forth.

13. And WHEREFORE, Plaintiff GIVENS, asserts the claim as the Petitioner(s) alleges that, on or about February 18, 2022, June 28, 2022, July 18, 2022, to July 19, 2002, and again on August 25, 2022, and August 26, 2022, October 4, 2022, October 25, 2022, October 26, 2022, October 27, 2022, November 7, 2022 Defendant(s) have wrongly charged Defendant, with Section §2323.52 of the Ohio Revised Code, in violation of existing civil and criminal law. And all other such dates/times applicable thereon.

### CLAIM V. — LOSS OF PROFESSION; DEFAMATION OF CHARACTER

14. Defendant(s) are engaging in illegal activity, in violation of the Ohio Statute depriving Plaintiff CAROL GIVENS, of the right to her career as a professional, cosmetologist, fashion model, and thorough-bred horse trainer, to forever, and all time, in a conspiracy, and relentless campaign of malicious prosecution for "Shadyside Village Ordinance Violations". As the Plaintiff(s) mean to stop her campaign for Council of the Village of Shadyside, against her political opponent, and Plaintiff Robert A. Newhart, Sr., remaining Plaintiff(s), and nefarious associates. In

effect, violating Plaintiff GIVENS, her First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Nineth Amendment Rights, under color of law, and in the capacity of an agent of the government, to the unjust prosecution, and injury of the Defendant, CAROL GIVENS, at all times reference in Plaintiff(s) Complaint.

15. The Plaintiff, CAROL GIVENS, and at all times references, paragraph(s) One through End of (1-END) of Plaintiff Claim(s); and Prayer For Relief, all inclusive, and each a every claim(s) alleged in Plaintiff(s) Complaint, as if fully set forth.

## CLAIM VI. — VIOLATIONS OF CIVIL AND STATUTORY RIGHTS

16. In all instances, and references, Defendant(s), et al, have intentionally tried to have Plaintiff detained, or arrested, and dejected out of Shadyside, Ohio.

17. Defendant(s), who, under facts available, then and now, did not have an objective, good-faith belief that Plaintiff was 'guilty' of any offense(s) charge and ordinance violations. Plaintiff further alleges that such arrest, detention, retaliation of the taking of her medical transport vehicle, or otherwise was in violation of her right under the Fourth Amendment of the United States Constitution, among other federally-protected right, such as petition the government, to be free from unreasonable searches and seizures of person and property, in which Givens house, is the rightful inheritor, or attestor, under the Fourteenth Amendment of the United States Constitution to due process of law, and made under color or law, as cited hereon, and under color of the authority of Plaintiff(s) as an agent of the County of Belmont, Ohio, during the time so alleged, and hereon, as referenced by the Plaintiff's Complaint. *Ibid. Sic passim.*

18. The Defendant, CAROL GIVENS, and at all times references, paragraph(s) One through Ten (1-10) of Defendant Answer; and paragraph(s) One through Three (1-3) of Defendant Affirmative Defenses; and paragraph(s) One through End of (1-END) of Defendant Claim(s); Damages and Prayer For Relief, all inclusive, and each a every claim(s) alleged in Plaintiff(s) Complaint, as if fully set forth.

## CLAIM VI. — HATE CRIMES, PREJUDICE AND CONSPIRACY CRIMINAL OPERATION OF LAW; VIOLENT ACTS AGAINST THE PLAINTIFF

19. Such Act, in conspiracy, and of the crime of hate, prejudicial to the rule of law and justice, Defendant(s), and for agent purposes, are acting under color of law, as the Plaintiff legally defends. Plaintiff, CAROL GIVENS, asserts INJURY and PREJUDICE by Defendant(s), at sham hearing, and that, Defendant(s), et al, are acting, under color of law, to deprive Plaintiff of her civil, constitutional, and inalienable right to petition the government, protected by the First Amendment to the Constitution of the United States of America, in that, Defendant(s) seek act(s) of retaliation, malicious prosecution, cruel and unusual punishment, and discrimination against Plaintiff for political profit and gain, and Plaintiff seeks damages, as stated below:

**DISTINCTIVE ALLEGATIONS, and SPECIFICATION:**

Defendant, all acting under color of law, have willfully and wantonly neglected to perform the duties or has been guilty of gross misconduct in office:

I. From July 22, 2019, and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors surrounding the MURDER of relative, Dennis A. Givens, in violation of Ohio Revised Code, Title §2903; §2903.02;.

II. From July 22, 2019, and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors surrounding the ATTEMPTED MURDER against the Givens', GIVENS and of relatives of GIVENS, a registered Ohio candidate running for public office; in violation of Ohio Revised Code Title §2903, et seq.;

III. From August 14, 2021, and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the ATTEMPTED ARSON of my Givens home and relatives, and Greg P. Givens, a registered Ohio candidate running for public office;

IV. On June 8, 2019 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

V. On June 3, 2019 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

VI. On April 26, 2021 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

VII. On Aug 14, 2021 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

VIII. On May 19, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

IX. On May 27, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the

Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

X. On June 3, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

XI. On June 6, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

XII. On June 9, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

XIII. On June 17, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

XIV. On June 20, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

XV. On June 23, 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes

complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon;

XVI. On July 27. 2022 and from that time forward, Defendant(s) have gathered in the crimes and misdemeanors against the Givens' surrounding the crimes complained thereof on official forms of, or by letter to, the Prosecutor/Respondent FLANAGAN/CLYBURN, and in violation of the Ohio Revised Code, thereon; TO WIT:

AND, on all subsequent date(s), and by COMPLAINT OF STATUTORY OFFENSES: MENACING ORC §2903.22 ELDER ABUSE ORC §§5101.60(A); 5101.60(O) IMPERSONATING AN OFFICER ORC §2913.44 INTIMIDATION OF ELECTION OFFICIAL ORC §3599.24 INTIMIDATION OF ELECTORS 18 U.S.C. §594; 52 18 U.S.C. §20511(1); 18 U.S.C. §245(b)(1)(A) CAMPAIGN INTERFERENCE ORC §3599.24 PERJURY ORC §§2921.11; 5924.131 RETALIATION ORC §2921.05 CRIMINAL CONSPIRACY ORC §2923.01 OBSTRUCTION OF JUSTICE ORC §2921.31; and so forth; among others; And as they that are specified in the RELATOR, attached Exhibit(s), Defendant, all acting under color of law, have willfully and wantonly neglected to perform the duties or has been guilty of gross misconduct in office, and due to all circumstances, eye-witnesses, facts and event(s).

Citing Petitioner(s)/Complainant(s), all Exhibit(s), and so attached.

20. Plaintiff incorporates, by reference Paragraphs 1 – 19, as if fully set forth;

## CLAIM VII.
## CORRUPT PRACTICES

21. **WHEREFORE, Plaintiff CAROL GIVENS, asserts INJURY and PREJUDICE by Defendant(s) that, Defendant(s), et al, are acting, under color of law, acting in violation of the law, to deprive Plaintiff GIVENS of her inalienable right to petition the government, protected by the First Amendment to the Constitution of the United**

FEDERAL COMPLAINT - 13

States of America, in that, Plaintiff(s) seek act(s) of retaliation, malicious prosecution, cruel and unusual punishment, and discrimination against Plaintiff GIVENS for political profit and gain, and Plaintiff GIVENS seeks damages, as stated below in Prayer For Relief;

22. WHEREFORE, Plaintiff GIVENS, asserts all other injury by Defendant(s), et al, that, Defendant(s). et al, are acting, under color of law, to deprive Plaintiff of her inalienable right to petition the government, protected by the First Amendment to the Constitution of the United States of America, to serve corrupt purposes, in that, Plaintiff(s) seek act(s) of retaliation, malicious prosecution, cruel and unusual punishment, and discrimination against Plaintiff GIVENS for political profit and gain, and Plaintiff GIVENS seeks damages, as stated below in Prayer For Relief; And any further rights that may be available to Plaintiff GIVENS.

23. The Plaintiff GIVENS, and at all times references, paragraph(s) One through to end, (1-END) of on Claim(s); Damages and Prayer For Relief, all inclusive, and each a every claim(s) alleged in Plaintiff(s) Complaint, as if fully set forth.

24. WHEREFORE, Plaintiff, CAROL GIVENS, asserts all other injury, All Findings by Trial sufficient to standards administered by the Ohio Constitution, Article IV, Section 3(B)(2); U.S. Constitution Article IV, Section 2; Ohio Revised Code §2505.01, et seq.

25. At all times, Plaintiff, GIVENS, assert all of her inalienable Rights guaranteed by the Constitution of the United States, which includes the Bill of Rights, and those rights guaranteed and afforded thereon, and by the Constitution and statutes of the State of Ohio.

26. At all times, GIVENS, asserts all other claims afforded by the law, statutes, and ordinances of the United States Code, and Ohio Revised Code, including, common law, but not limited to Section §2323.311, §2921.05, and retaliation for reporting as victim of crime, of the Ohio Revised Code, as to Defendant poverty status, and all other rights, privileges and assigns by the Ohio State Legislature, thereon.

27. Defendant(s), et al, at all times, and in reference to said dates/times, and in Plaintiff's Exhibit(s) were acting under color of law in violation of Plaintiff protections of United States law, Constitution, and under Title 18, Section §§241, 242, 245, 249 of the United States Code, and also Defendant(s) acted to deprive Plaintiff of those rights of CAROL GIVENS, under "color of law."; and as outlined herein, and/or as an agent of the Village of Shadyside, Ohio, and Plaintiff GIVENS has suffered injury. Defendant(s) are NOT entitled to immunity under the immunity doctrine, because at all time herein they were acting outside that scope, and for such acts or omissions performed outside the bounds of the law without probable cause:, and that Plaintiff GIVENS and has been deprived, arrested, or detained under orders or regulation of alleged superior, and GIVENS rights have been violated, on all dates and incidents alleged by Plaintiff.

**NOTICE TO THE COURT**: **IF ANYTHING SHOULD BEFALL THE DEFENDANT TO DEMISE, UNDER THREAT OF HER ASSOCIATION, PROPERTY OR ACTS AGAINST HER FAMILY, DURING THE COURSE OF THIS CASE, THE PLAINTIFF(S) HEREIN NAMED ARE DIRECTLY RESPONSIBLE FOR SUCH ACTIONS.**

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

1. Plaintiff incorporates by reference paragraphs 1 through END, as if fully set forth herein. ~~Defendant Givens prays that the Court enter judgment in its favor and against Defendants~~ JOHN LONGWELL; VILLAGE OF SHADYSIDE; JOHN VAVRA, JUDGE; ROBERT ~~NEWHART, MAYOR; BELMONT COUNTY SHERIFF/PROPERTY DEED CLERK;~~ BELMONT COUNTY AUDITOR; CLYDE YATES, JR., GREG P. GIVENS, JOHN D. ~~LONGWELL, JOHN DOE 1, AND JANE DOE 1, and award Defendant the following equity~~ and relief:
~~General, compensatory, and special damages in the amount of Seven Million, Three~~ Hundred Eleven Thousand, Seven Hundred Fifty Dollars ($ 7,311,750.00); plus legal fees, costs and expenses. in total damages;
2. (i) Temporarily enjoin LONGWELL, et al, from tortuously interfering with Plaintiff's property and possessions; (ii) permanently enjoin LONGWELL, et al, et al, from tortuously interfering with Plaintiff's VEHICLES; (iii) award damages in Plaintiff's favor and against LONGWELL, et al, in excess of $75,000; (iv) award punitive damages in Plaintiff's favor and against LONGWELL, et al, because of such Defendant's wanton and malicious conduct; (v) award Plaintiff its costs; and (vi) grant such other or further relief as the Court deems just and equitable.

I state under penalty of perjury that the foregoing is true and correct. Executed on this _14_ day of __April__, 20_23_

_Carol L. Givens_
Signature of Plaintiff         PRO-SE

-4-