# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Carol Givens <br> *Plaintiff* <br> v. <br> Judge John Vavra, et al. <br> *Defendant* | Civil Action No. 2:23-cv-1330 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**   Judgment is entered pursuant to the Order entered on March 28, 2024.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 4/8/24

CLERK OF COURT

_____
*Signature of Clerk or Deputy*